FORM 3: Notice of Appeal from the United States Court of International Trade

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| VALBRUNA SLATER STAINLESS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES, <br><br> *Defendant*, <br><br> and <br><br> ELECTRALLOY/G.O. CARLSON, <br><br> *Proposed Defendant-Intervenor.* | Court No. 21-00027 |

## NOTICE OF APPEAL

Notice is hereby given that the following proposed intervenor in the above-named action, Electralloy/G.O. Carlson ("Electralloy"), hereby appeals to the United States Court of Appeals for the Federal Circuit the order denying Electralloy's Motion to Intervene in the above-named action, entered on May 25, 2021.

Respectfully submitted,

/s/ John R. Magnus

John R. Magnus
TradeWins LLC
1330 Connecticut Ave. NW
Washington, DC 20036
Phone: 202-744-0368
Email: jmagnus@tradewinsllc.net

Date:   July 23, 2021