# UNITED STATES COURT OF INTERNATIONAL TRADE

# BEFORE THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| NORTH AMERICAN INTERPIPE, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Court No. 20-03825 ) ) |
| UNITED STATES, | ) ) |
| Defendant. | ) ) |

| | |
|---|---|
| EVRAZ INC NA. AND EVRAZ INC NA. CANADA, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Court No. 20-03869 ) ) |
| UNITED STATES, | ) ) |
| Defendant. | ) ) |

| | |
|---|---|
| ALLEGHENY TECHNOLOGIES INCORPORATED and ALLEGHENY & TSINGSHAN STAINLESS, LLC<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES,<br><br>  Defendant. | Court No. 20-03923 |
| AM/NS CALVERT LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES,<br><br>  Defendant. | Court No. 21-00005 |

| | |
|---|---|
| CALIFORNIA STEEL INDUSTRIES, INC. | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Court No. 21-00015 <br> ) <br> ) |
| UNITED STATES, | ) <br> ) |
| Defendant. | ) <br> ) |

| | |
|---|---|
| VALBRUNA SLATER STAINLESS, INC., | ) <br> ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Court No. 21-00027 <br> ) <br> ) |
| UNITED STATES, | ) <br> ) |
| Defendant. | ) <br> ) |

Joint Plaintiffs' Request for Status Conference

On behalf of Allegheny Technologies Incorporated and Allegheny & Tsingshan Stainless, LLC, AM/NS Calvert LLC, California Steel Industries, Inc., Evraz Inc NA. and Evraz Inc NA. Canada, North

American Interpipe, Inc., and Valbruna Slater Stainless Inc., (collectively "Joint Plaintiffs"), we hereby request a status conference with the Court in the above-captioned matters.

On August 17, 2021, this Court ordered Defendant, the United States, to address "its unequivocal position as to whether the court lacks the power to grant relief as to liquidated entries." Order, Aug. 17, 2021 (ECF. No. 51).

On September 7, 2021, Defendant noted its position that "the remedy of reliquidation is not available in these case{s}." Def.'s Consol. Reply, Sept. 7, 2021 (ECF No. 54). Further, Defendant set forth its position on this matter in detail for the first time. *Id.* at 6-18. Defendant also is not "oppose{d to} the Court ensuring that there is a live case or controversy prior to resolution of our pending motions, so that remand would still promote final resolution of these cases." *Id.* at 21.

Joint Plaintiffs touched on the issue of the availability of a remedy for liquidated entries in the context of their responses contesting Defendant's motion for voluntary remand but have not had an opportunity to fully brief this issue, which includes an opportunity to

address arguments the Government has made for the first time in its Consolidated Reply. Joint Plaintiffs are prepared to respond to Defendant's new substantive arguments concerning the availability of a remedy and seek guidance from the Court regarding whether additional briefing on this matter would assist the Court in resolving this issue at this time. Joint Plaintiffs understand that the two issues currently before the Court, and that will be addressed at oral argument, are whether to: (1) grant Defendant's motions for voluntary remand; and (2) order court-annexed mediation. As a result, Joint Plaintiffs request a status conference to clarify what issues the Court would like the parties to be prepared to address at oral argument, and whether additional briefing in advance of oral argument would be appropriate.

Respectfully submitted,

/s/ R. Alan Luberda
PAUL C. ROSENTHAL
R. ALAN LUBERDA
JOSHUA R. MOREY
JULIA A. KUELZOW
KELLEY DRYE & WARREN LLP
3050 K Street, N.W., Suite 400
Washington, D.C. 20007
(202) 342-8400

Counsel to AM/NS Calvert LLC

/s/ Sanford M. Litvak
SANFORD M. LITVACK
ANDREW L. POPLINGER
REBECCA MEYER
CHAFFETZ LINDSEY LLP
1700 Broadway, 33rd Floor
New York, NY 10019
(212) 257-6960

Counsel to Allegheny Technologies Incorporated and Allegheny & Tsingshan Stainless, LLC, and California Steel Industries, Inc.

/s/ Craig A. Lewis
CRAIG A. LEWIS
H. DEEN KAPLAN
MARIA A. ARBOLEDA
NICHOLAS W. LANEVILLE
MOLLY B. NEWELL
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.

Washington, D.C. 20004-1109
(202) 637-5799

Evraz Inc NA. and Evraz Inc NA. Canada, North American Interpipe, Inc., and Valbruna Slater Stainless Inc.

Dated: September 9, 2021