# UNITED STATES COURT OF INTERNATIONAL TRADE

| **Court No. 20-03825**<br>N. AM. INTERPIPE, INC.,<br>*Plaintiff,*<br>v.<br>UNITED STATES,<br>*Defendant.* | **Court No. 20-03869**<br>EVRAZ INC. NA, *et ano.*,<br>*Plaintiffs,*<br>v.<br>UNITED STATES,<br>*Defendant.* |
|---|---|
| **Court No. 20-03923**<br>ALLEGHENY TECHS. INCORPORATED, *et ano.*,<br>*Plaintiffs,*<br>v.<br>UNITED STATES,<br>*Defendant.* | **Court No. 21-00005**<br>AM/NS CALVERT LLC,<br>*Plaintiff,*<br>v.<br>UNITED STATES,<br>*Defendant.* |
| **Court No. 21-00015**<br>CALIFORNIA STEEL INDUS., INC.,<br>*Plaintiff,*<br>v.<br>UNITED STATES,<br>*Defendant.* | **Court No. 21-00027**<br>VALBRUNA SLATER STAINLESS, INC.,<br>*Plaintiff,*<br>v.<br>UNITED STATES,<br>*Defendant.* |

Before: M. Miller Baker, Judge

## ORDER OF REFERRAL TO MEDIATION

Upon consideration of all papers filed in these cases, it is hereby

**ORDERED** that, pursuant to USCIT Rule 16.1, these cases are referred to mediation. Judge Leo M. Gordon has agreed to serve as the Judge Mediator and will facilitate all sessions of mediation. The parties have a maximum of

90 days in which to conclude the mediation process, unless the court extends the period at the suggestion of Judge Gordon.

It is further **ORDERED** that these cases are hereby **STAYED** until the mediation process is concluded.

It is further **ORDERED** that unless a settlement is reached within the mediation period and stipulations of dismissal or stipulated judgments filed which dispose of any of these cases with respect to all parties and all claims therein, the stay shall be lifted with respect to any case(s) not so resolved, and those cases shall be returned to the active calendar without further direction from the court.

It is further **ORDERED** that the oral argument on the government's motions for voluntary remand that was scheduled for October 5, 2021, is hereby **CANCELLED**.

It is further **ORDERED** that Plaintiffs' joint motion for a status conference filed on the dockets in these matters is hereby **DENIED** as moot. The court will schedule a status conference upon the conclusion of mediation proceedings.

Dated: September 15, 2021　　　/s/ *M. Miller Baker*
　　　　　New York, New York　　　M. Miller Baker, Judge