Form M-2-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**     FORM   M-2

| | |
|---|---|
| VALBRUNA SLATER STAINLESS, INC.<br><br>           Plaintiff,<br><br>     v.<br><br>UNITED STATES,<br><br>           Defendant. | Court No.:  21-00027 |

### REPORT OF MEDIATION

That pursuant to the Order of Referral dated  September 15, 2021     in this case, I served as Judge Mediator for the mediation process between the parties in this case.  The process was concluded on  December 14, 2021                        ;

   ___ The mediation resulted in a settlement of all issues;

   ___ The mediation resulted in a partial settlement;

   ✓ The mediation did not result in a settlement;

                                                               /s/ Leo M. Gordon
                                             (Name)
                                             Judge Mediator

DATED:     December 14, 2021
              New York, New York

(Added Sept. 30, 2003, eff. Jan. 1, 2004; Dec. 6, 2011, eff. Jan. 1, 2012.)