IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE

_____
|  | ) |
|---|---|
| VALBRUNA SLATER STAINLESS, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| UNITED STATES, | ) ) |
| Defendant. | ) ) |
_____ )

Court No. 21-00027

### JOINT MOTION FOR STAY OF FURTHER PROCEEDINGS

Plaintiff, Valbruna Slater Stainless, Inc. (Valbruna), and defendant, the United States, jointly and respectfully request that the Court order a stay of further proceedings so that the parties may focus their efforts on resolving this matter through settlement, alleviating the need for further involvement from the Court. If this joint motion is granted, the parties propose filing joint status reports every 60 days as to the status of the potential settlement and to notify the Court within seven days of any developments that would affect the case's posture, such as if a settlement agreement is signed or an impasse is reached.

Good cause supports the parties' request. The Court remanded

the case to Department of Commerce on September 6, 2023. The Court ordered that the remand be completed by December 21, 2023. In the intervening time since the Court remanded the case, the parties have discussed the possibility of settling this matter. Although the parties have not yet reached an agreement in principle to settle the matter, the parties have engaged in meaningful settlement discussions and the parties are optimistic that an agreement in principle will be reached. If an agreement in principle is reached, additional time will be needed to formalize that agreement. Valbruna will need to compile import data that will undergo review from Customs and Border Protection and the Department of Commerce. Further, the parties will need to draft relevant settlement documents. Additional time will also be needed for the Department of Justice and Department of Commerce to obtain the necessary settlement authority to enter into the settlement agreement. Given that the parties believe these efforts will result in resolution of this case without the need for further Court involvement, and given the priority the parties have placed on reaching an agreement in principle as soon as possible, they would greatly appreciate being able to fully devote their efforts to reaching a final settlement in this matter.

    For these reasons, the parties jointly and respectfully request a

stay of further proceedings, including the Court's deadline to file remand results, so that the parties can focus their efforts on settlement, with joint status reports as to the status of the potential settlement due every 60 days.

Respectfully Submitted,

/s/Craig A. Lewis
Craig A. Lewis, Esq.

HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, N.W.
Washington, DC 20004-1109
(202) 637-8613
craig.lewis@hoganlovells.com

Attorneys for Plaintiff

Dated: December 1, 2023

BRIAN M. BOYNTON
Principal Deputy Assistant
Attorney General

PATRICIA M. MCCARTHY
Director

s/ Tara K. Hogan
TARA K. HOGAN
Assistant Director

s/ Kyle S. Beckrich
KYLE S. BECKRICH
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tel. (202) 616-9322
E-mail: Kyle.Beckrich@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| VALBRUNA SLATER STAINLESS, INC., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Court No. 21-00027 ) ) |
| UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

**<u>ORDER</u>**

On consideration of the parties' joint motion for a stay of further proceedings, it is hereby

ORDERED that the joint motion for stay of further proceedings is granted, and it is further

ORDERED that the parties shall file joint status reports every 60 days as to the status of the potential settlement, and it is further

ORDERED that the parties shall notify the Court within seven days of any developments that would affect the case's posture, such as if a settlement agreement is signed.

SO ORDERED.

Dated: _____                              _____
                                                                                        JUDGE