IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE M. MILLER BAKER, JUDGE

_____
                                                      )
VALBRUNA SLATER STAINLESS,        )
INC.,                                                    )
                                                      )
         Plaintiff,                                 )
                                                      )            Court No. 21-00027
         v.                                            )
                                                      )
UNITED STATES,                                )
                                                      )
         Defendant.                              )
_____ )

## JOINT STATUS REPORT

Pursuant to this Court's December 1, 2023 order, plaintiff, Valbruna Slater Stainless, Inc. (Valbruna), and defendant, the United States, respectfully submit this joint status report advising the Court as to the status of the potential settlement.

Since filing our joint motion to stay the case, the parties have reached an agreement in principle to settle the case.  In order to effectuate that agreement, the United States must review Valbruna's import data.  The parties continue to collaborate in the collection and review of that data.  Once that review is completed, the Department of Justice and Department of Commerce will be in a position to

recommend settlement, on the terms the parties have agreed to, to the necessary settlement authority.

In accordance with the Court's order, the parties will file another status report in 60 days, or within seven days of any developments that would affect the case's posture, such as if a settlement agreement is signed.

Respectfully Submitted,

/s/Craig A. Lewis
Craig A. Lewis, Esq.

HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, N.W.
Washington, DC 20004-1109
(202) 637-8613
craig.lewis@hoganlovells.com

Attorneys for Plaintiff

BRIAN M. BOYNTON
Principal Deputy Assistant
Attorney General

PATRICIA M. MCCARTHY
Director

s/ Tara K. Hogan
TARA K. HOGAN
Assistant Director

s/ Kyle S. Beckrich
KYLE S. BECKRICH
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tel. (202) 616-9322
E-mail: Kyle.Beckrich@usdoj.gov

Dated: January 30, 2024

Attorneys for Defendant