Form M-2-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**   FORM  M-2

| VALBRUNA SLATER STAINLESS, INC., |
| Plaintiff, |
| v. |
| UNITED STATES, |
| Defendant. |

**Court No.:** 21-00027

### REPORT OF MEDIATION

That pursuant to the Order of Referral dated  August 16, 2024  in this case, I served as Judge Mediator for the mediation process between the parties in this case.  The process was concluded on  November 12, 2024 ;

✓   The mediation resulted in a settlement of all issues;

___   The mediation resulted in a partial settlement;

___   The mediation did not result in a settlement;

/s/ Leo M. Gordon
(Name)
Judge Mediator

DATED:   November 12, 2024
New York, New York

(Added Sept. 30, 2003, eff. Jan. 1, 2004; Dec. 6, 2011, eff. Jan. 1, 2012.)