IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE

|  |  |
|---|---|
| VALBRUNA SLATER STAINLESS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Court No. 21-00027 |

**STIPULATED JUDGMENT ON AGREED-UPON FACTS**

This action is stipulated for judgment on the following agreed statement of facts in which the parties agree that:

1. Plaintiff Valbruna Slater Stainless, Inc. (Valbruna) is a U.S. importer and manufacturer of various steel products.

2. Valbruna imported into the United States steel articles from Italy that were subject to a tariff of 25 percent pursuant to presidential action under section 232 of the Trade Expansion Act of 1962, 19 U.S.C. § 1862, under *Proclamation 9705 of March 8, 2018, Adjusting Imports of*

*Steel into the United States*, 83 Fed. Reg. 11,625 (Mar. 15, 2018) (imposing Section 232 tariff of 25 percent on imported steel articles).

3. Pursuant to the exclusion process directed by the President in *Proclamation 9705*, and the subsequent implementing regulations issued by the U.S. Department of Commerce (Commerce), Valbruna submitted to Commerce requests that 27 steel articles be excluded from the Section 232 duties. Compl. ¶¶ 9, 13, 34, Table 1.

4. Commerce denied 25 of Valbruna's 27 exclusion requests.

5. Exclusions, if granted, are generally valid from the date that Commerce accepted the request for relief until one year from the date of signature of the decision memorandum. *Proclamation No. 9777*, 83 Fed. Reg. 45,025 cl. 5 (Aug. 29, 2018). Therefore, had Commerce granted the exclusion requests in 2019, the one-year exclusion period for entries of merchandise would have ended one year after the respective decision date.

6. Without admitting liability or otherwise, the parties have agreed to settle all of Valbruna's claims regarding the imported merchandise subject to the exclusion requests at issue in this action, including any claims that Valbruna could have been brought against

2

the United States under any jurisdictional provision of 28 U.S.C. § 1581, relating to the exclusions and entries at issue. That settlement has been reached pursuant to the Department of Justice's inherent and statutory authority to compromise and settle litigation and has been approved by the Attorney General's authorized representative.

7. The United States, acting through U.S. Customs & Border Protection, shall promptly reliquidate, without assessment of Section 232 duties, the entry lines identified on Attachment A to this Stipulated Judgment.

8. All refunds payable by reason of this judgment are to be paid with interest provided for by law pursuant to 19 C.F.R. § 24.36.

9. Any Section 232 duties assessed on any merchandise that is covered by any liquidated entries identified in Attachment B will be final and non-protestable.

10. Valbruna waives any right to appeal, challenge, or to make any claim against the defendant with respect to or arising from the exclusion requests identified in paragraph 3, or the entries identified in Attachments A and B, other than a claim by motion or otherwise that refunds have not been paid in the full amount specified, or in the time

or manner provided for in this Stipulated Judgment and/or the settlement agreement.

**IT IS HEREBY ORDERED** that this action is decided, and this final judgment is to be entered by the Clerk of the Court; the appropriate U.S. Customs and Border Protection officials shall make refund in accordance with the stipulation of the parties set forth above; and it is further ORDERED that, this action is dismissed with prejudice and each party shall bear their own attorney fees, costs, and expenses.

/s/ *M. Miller Baker*
JUDGE M. MILLER BAKER

Date: November 15, 2024

**Attachment A**

| Entry No. | Line No. |
|---|---|
| U1052009440 | 11 |
| U1052009440 | 10 |
| U1052002098 | 9 |
| AVB30330514 | 7 |
| AVB30330514 | 5 |
| AVB30330514 | 9 |
| AVB30330514 | 3 |
| AVB30330514 | 23 |
| AVB30472621 | 13 |
| U1051811523 | 4 |
| U1051811523 | 6 |
| AVB30324988 | 11 |
| AVB30324988 | 6 |
| U1051811523 | 2 |
| AVB30324988 | 13 |
| AVB30296087 | 6 |
| AVB30400945 | 13 |
| AVB30375907 | 1 |
| AVB30330514 | 11 |
| AVB30330514 | 13 |
| AVB30330514 | 16 |
| AVB30330514 | 14 |
| U1051904997 | 15 |
| AVB30311142 | 3 |
| AVB30311142 | 1 |
| AVB30311142 | 7 |
| AVB30324988 | 3 |
| AVB30324988 | 1 |
| U1052009440 | 3 |
| AVB30310912 | 2 |
| U1051910044 | 1 |
| AVB30400945 | 16 |
| AVB30400945 | 24 |
| U1051901381 | 7 |
| U1051904708 | 4 |
| U1051904724 | 16 |

| | |
|---|---|
| U1051902173 | 2 |
| AVB30397554 | 2 |
| AVB30397554 | 15 |
| AVB30311142 | 6 |
| U1051811564 | 2 |
| U1051805442 | 11 |
| AVB30400945 | 8 |
| AVB30400945 | 12 |
| AVB30437467 | 10 |
| AVB30330514 | 2 |
| U1052002098 | 3 |
| AVB30338111 | 12 |
| U1051904708 | 6 |
| AVB30296087 | 8 |
| AVB30400945 | 4 |
| AVB30310912 | 3 |
| U1051805699 | 3 |
| AVB30400945 | 1 |
| AVB30375907 | 10 |
| AVB30439000 | 4 |
| U1051910937 | 2 |
| AVB30376129 | 10 |
| AVB30375907 | 6 |
| AVB30400945 | 20 |
| U1051912420 | 1 |
| AVB30376129 | 6 |
| AVB30376129 | 3 |
| AVB30376129 | 14 |
| AVB30338111 | 13 |
| AVB30652552 | 18 |
| AVB30331223 | 6 |
| AVB30366492 | 5 |
| AVB30472621 | 11 |
| U1052105925 | 2 |
| AVB30400945 | 21 |
| AVB30376129 | 9 |
| U1052105925 | 3 |
| AVB30437467 | 1 |
| U1051903957 | 3 |

| | |
|---|---|
| U1051910937 | 4 |
| U1051903957 | 5 |
| U1051904724 | 3 |
| U1051901381 | 6 |
| U1052009440 | 4 |
| AVB30296087 | 9 |
| U1051914616 | 1 |
| U1052001652 | 5 |
| AVB30400945 | 14 |
| U1051912420 | 6 |
| AVB30397554 | 4 |
| U1051904997 | 11 |
| U1051904724 | 17 |
| AVB30400945 | 25 |
| AVB30472621 | 10 |
| U1051910937 | 7 |
| U1051910937 | 5 |
| U1051910937 | 3 |
| U1051901381 | 9 |
| U1051901381 | 11 |
| U1051901381 | 18 |
| U1051901381 | 14 |
| U1051901381 | 4 |
| U1051901381 | 5 |
| U1051901381 | 10 |
| U1051901381 | 16 |
| U1051901381 | 8 |
| U1051901381 | 15 |
| U1051901381 | 12 |
| U1051901381 | 13 |
| U1051901381 | 17 |
| AVB30400945 | 2 |
| AVB30338111 | 11 |
| AVB30338111 | 3 |
| AVB30400945 | 17 |
| AVB30400945 | 26 |
| AVB30400945 | 5 |
| AVB30400945 | 19 |
| AVB30400945 | 3 |
| AVB30366492 | 6 |

| | |
|---|---|
| U1051910937 | 1 |
| AVB30366492 | 10 |
| U1051904724 | 18 |
| AVB30400945 | 23 |
| AVB30400945 | 6 |
| AVB30376129 | 11 |
| AVB30376129 | 12 |
| AVB30400945 | 7 |
| AVB30437467 | 3 |
| AVB30366492 | 1 |
| AVB30366492 | 3 |
| AVB30400945 | 9 |
| AVB30375907 | 5 |
| AVB30439000 | 3 |
| AVB30376129 | 13 |
| U1051902173 | 6 |
| U1051903957 | 4 |
| AVB30400945 | 11 |
| AVB30376129 | 5 |
| AVB30458885 | 2 |
| AVB30331223 | 5 |
| U1051904724 | 4 |
| AVB30366492 | 8 |
| AVB30330514 | 1 |
| AVB30366492 | 2 |
| AVB30397554 | 5 |
| U1051904997 | 10 |
| AVB30695973 | 2 |
| AVB30397554 | 14 |
| AVB30324988 | 7 |
| AVB30375907 | 2 |
| AVB30330514 | 6 |
| AVB30330514 | 4 |
| AVB30397554 | 1 |
| AVB30330514 | 12 |
| AVB30330514 | 17 |
| U1052002098 | 7 |
| AVB30330514 | 15 |
| AVB30296087 | 1 |
| U1052002098 | 8 |

| | |
|---|---|
| U1051903957 | 6 |
| AVB30397554 | 8 |
| AVB30397554 | 12 |
| AVB30338111 | 10 |
| AVB30472621 | 3 |
| AVB30472621 | 4 |
| AVB30472621 | 5 |
| AVB30472621 | 2 |
| AVB30472621 | 6 |
| AVB30331223 | 2 |
| AVB30331223 | 4 |
| AVB30472621 | 7 |
| AVB30331223 | 3 |
| U1052002098 | 5 |
| AVB30472621 | 1 |
| AVB30472621 | 8 |
| AVB30472621 | 9 |
| AVB30330514 | 21 |
| AVB30330514 | 20 |
| AVB30338111 | 1 |
| AVB30338111 | 8 |
| AVB30338111 | 2 |
| U1052002098 | 10 |
| AVB30342881 | 1 |
| AVB30338111 | 4 |
| AVB30338111 | 5 |
| AVB30338111 | 9 |
| AVB30330514 | 18 |
| AVB30330514 | 19 |
| U1051811564 | 8 |
| U1051811564 | 7 |
| AVB30350694 | 2 |
| AVB30310912 | 1 |
| AVB30439000 | 2 |
| U1051904724 | 15 |
| U1051904724 | 14 |
| U1051903957 | 9 |
| AVB30439000 | 1 |
| AVB30375907 | 7 |
| AVB30376129 | 7 |

| | |
|---|---|
| U1051903957 | 10 |
| AVB30366492 | 4 |
| AVB30375907 | 8 |
| AVB30375907 | 3 |
| U1051904724 | 5 |
| AVB30376129 | 8 |
| AVB30375907 | 9 |
| U1051904724 | 7 |
| U1051904724 | 8 |
| AVB30461194 | 4 |
| U1051904724 | 1 |
| U1051904724 | 2 |
| AVB30375907 | 4 |
| U1051904724 | 9 |
| U1051904724 | 6 |
| AVB30397554 | 3 |
| AVB30376129 | 16 |
| AVB30376129 | 1 |
| AVB30397554 | 7 |
| AVB30400945 | 27 |
| AVB30376129 | 15 |
| AVB30330530 | 1 |
| AVB30330530 | 2 |
| AVB30397554 | 10 |
| AVB30397554 | 13 |
| AVB30311142 | 5 |
| U1051811564 | 6 |
| U1051805699 | 8 |
| AVB30437467 | 5 |
| U1051805327 | 4 |
| U1051805699 | 6 |
| U1051805327 | 3 |
| U1051805699 | 7 |
| U1051805699 | 4 |
| U1051805699 | 9 |
| U1051805699 | 1 |
| U1051805327 | 5 |
| U1051805442 | 12 |
| U1051805699 | 5 |
| U1051805327 | 2 |

| | |
|---|---|
| U1051805327 | 1 |
| AVB30437467 | 18 |
| AVB30330514 | 10 |
| U1051805442 | 16 |
| AVB30330514 | 8 |
| U1051811564 | 1 |
| U1051805566 | 16 |
| U1051805566 | 13 |
| U1051805566 | 15 |
| AVB30437467 | 14 |
| U1051805566 | 14 |
| U1051805566 | 5 |
| U1051805566 | 7 |
| U1051805566 | 8 |
| U1051805442 | 13 |
| U1051805442 | 14 |
| U1051805442 | 10 |
| U1051805442 | 8 |
| AVB30330514 | 22 |
| U1051805442 | 9 |
| U1052002098 | 2 |
| U1051805327 | 11 |
| U1052002098 | 1 |
| AVB30472621 | 12 |
| AVB30324988 | 10 |
| AVB30324988 | 5 |
| AVB30324988 | 12 |
| AVB30324988 | 4 |
| AVB30324988 | 14 |
| AVB30324988 | 2 |
| U1051904997 | 4 |
| U1051904997 | 13 |
| U1051904997 | 1 |
| U1051904997 | 6 |
| U1051904997 | 7 |
| AVB30397554 | 16 |
| U1051904997 | 12 |
| AVB30397554 | 9 |
| AVB30397554 | 11 |
| AVB30397554 | 6 |

| | |
|---|---|
| AVB30350694 | 7 |
| AVB30350694 | 5 |
| AVB30350694 | 4 |
| AVB30331223 | 7 |
| AVB30350694 | 8 |
| AVB30331223 | 1 |
| AVB30331223 | 8 |
| AVB30350694 | 3 |
| AVB30350694 | 6 |
| U1051811564 | 3 |
| U1051811564 | 4 |
| U1051811564 | 5 |
| U1051805566 | 6 |
| AVB30472621 | 14 |
| AVB30472621 | 15 |
| U1051805566 | 10 |
| U1051904724 | 10 |
| AVB30330530 | 5 |
| AVB30330530 | 3 |
| AVB30366492 | 7 |
| AVB30330530 | 6 |
| AVB30330530 | 7 |
| AVB30330530 | 4 |
| U1051903957 | 1 |
| AVB30437467 | 20 |
| U1051805566 | 4 |
| U1051903957 | 2 |
| U1051903957 | 7 |
| U1051904724 | 11 |
| U1051903957 | 8 |
| AVB30437467 | 11 |
| AVB30310912 | 16 |
| AVB30310912 | 8 |
| AVB30310912 | 14 |
| AVB30310912 | 12 |
| AVB30310912 | 13 |
| AVB30310912 | 6 |
| AVB30310912 | 4 |
| AVB30310912 | 10 |
| AVB30310912 | 5 |

| | |
|---|---|
| AVB30310912 | 7 |
| AVB30310912 | 9 |
| AVB30310912 | 11 |
| AVB30310912 | 15 |
| AVB30366492 | 9 |
| U1051805442 | 15 |
| U1051805566 | 9 |
| U1051805327 | 10 |
| U1051805327 | 8 |
| U1051805327 | 9 |
| U1051805327 | 7 |
| U1051805566 | 2 |
| U1051805566 | 1 |
| U1051805327 | 6 |
| U1051805566 | 3 |
| U1051805442 | 7 |
| U1051805442 | 6 |
| U1051805442 | 3 |
| U1051805442 | 5 |
| U1051805442 | 4 |
| U1051805442 | 2 |
| U1051805442 | 1 |
| AVB30375907 | 11 |
| AVB30458844 | 1 |
| U1052009440 | 5 |
| U1052009440 | 2 |
| AVB30437467 | 19 |
| U1052002098 | 11 |
| U1052001652 | 4 |
| U1052001652 | 1 |
| U1051910937 | 6 |
| U1052009440 | 7 |
| U1052009440 | 6 |
| U1052005679 | 3 |
| U1051910937 | 8 |
| U1052005679 | 2 |
| U1052001652 | 6 |

**Attachment B**

| Entry No. |
|---|
| AVB30412064 |
| U1051812224 |
| AVB30439869 |
| AVB30489278 |
| AVB30374470 |
| U1052007535 |
| U1052108630 |
| U1051900375 |
| AVB30419960 |
| AVB30439224 |
| U1052100736 |
| U1052013285 |
| U1052100538 |
| U1052103383 |
| U1052103920 |
| AVB30445163 |
| U1051814170 |
| U1051814253 |
| AVB30406108 |
| AVB30431643 |
| AVB30386243 |
| AVB30400788 |
| AVB30421560 |
| U1051812653 |
| U1052004425 |
| U1052008988 |
| AVB30386235 |
| AVB30652545 |
| U1051902165 |
| AVB30439174 |
| U1052008319 |
| U1052004177 |
| U1051911828 |
| U1052011370 |

| |
|---|
| U1051912685 |
| U1051909913 |
| AVB30337451 |
| AVB30337311 |
| U1052006909 |
| AVB30458836 |
| U1051813321 |
| U1051813313 |
| U1052001884 |
| U1052105198 |
| U1051904971 |
| U1051905002 |
| U1052107020 |
| U1052001108 |
| U1051813743 |
| U1052000548 |
| AVB30438986 |
| U1052001413 |
| U1051914020 |
| U1051811887 |
| U1052003153 |
| AVB30376137 |
| U1051910606 |
| U1051909491 |
| AVB30381434 |
| AVB30410852 |
| AVB30386250 |
| U1051909202 |
| AVB30445155 |
| U1051915134 |
| U1051906794 |
| AVB30398941 |
| U1051904369 |
| AVB30438309 |
| AVB30350835 |
| U1051901464 |
| AVB30406116 |

| |
|---|
| AVB30347849 |
| AVB30337394 |
| U1052002452 |
| AVB30331231 |
| AVB30424937 |
| AVB30347559 |
| U1051909749 |
| U1051902926 |
| U1052005919 |
| U1051903395 |
| AVB30310227 |
| AVB30345736 |
| AVB30397505 |
| AVB30381426 |
| U1052003575 |
| AVB30403071 |
| U1051901373 |
| U1052000050 |